**ALICE BRADLEY v. CITY OF JACKSONVILLE, a Municipal Corporation.**

23 So. (2nd) 626            June Term, 1945
October 23, 1945            Division B

*Evan Evans,* for appellant.

*William M. Madison* and *Gov Hutchinson,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed on authority of Brown v. Town of Eustis, 92 Fla. 931, 110 So. 873; Kennedy v. City of Daytona Beach, 132 Fla. 675, 182 So. 228.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

BROWN, J, concurring:

I concur in the conclusion. Of course this plaintiff may well have been able to get a judgment in a tort action against the two policemen, but could not have collected it in all probability.

The doctrine of municipal immunity for torts committed by its employees engaged in governmental functions comes down to us as a part of the common law, which was adopted by the legislature. If that common law doctrine is to be repealed, it would appear to be a legislative function. See 38 Am. Juris. p. 265, 272, 317.

CHAPMAN, C. J., concurs.